Amended

# CERTIFICATE OF SERVICE

I, _____**James A. Young**_____, certify that I am, and at all times during the
(name)

service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was delivered ____02/13/08____ by:
(date)

[✓] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

IRS                                              Internal Revenue Service, Mail Stop 5010 CHI
P.O. Box 21126, Philadelphia, PA 19114            230 S. Dearborn St., Chicago, IL 60604

[ ] Personal Service: by leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                    (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

____May 20, 2008____                              ____/s/ James A. Young____
Date                                              Signature

| Print Name |
| --- |
| James A. Young |
| Business Address |
| 47 DuPage Court |
| City                State        Zip |
| Elgin               IL           60120 |